**Kenneth ENGLISH, Petitioner,**

v.

**STATE of Florida, Respondent.**

**CASE NO. 1D16–3499**

District Court of Appeal of Florida, First District.

Opinion filed December 30, 2016.

Kenneth English, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition for belated appeal is granted. Petitioner shall be allowed a belated appeal from the September 26, 2014, judgment and sentence in Columbia County Circuit Court case number 14–352–CF. Upon issuance of mandate in this cause, a copy of this opinion shall be provided to the clerk of the circuit court for treatment as the notice of appeal. Fla. R. App. P. 9.141(c)(6)(D). If petitioner qualifies for appointed counsel, the trial court shall appoint counsel to represent petitioner on appeal.

WOLF, RAY, and MAKAR, JJ., CONCUR.

■

**Jijuan HAGANS, Petitioner,**

v.

**STATE of Florida, Respondent.**

**CASE NO. 1D16–3385**

District Court of Appeal of Florida, First District.

Opinion filed December 30, 2016

Jijuan Hagans, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and David Llanes, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

Petitioner is granted a belated appeal of the May 4, 2016, order denying the motion for postconviction relief in Duval County Circuit Court case number 16–2008–CF–15558–AXXX–MA. Upon issuance of mandate in this cause, a copy of this opinion shall be provided to the clerk of the circuit court for treatment as the notice of appeal. Fla. R. App. P. 9.141(c)(6)(D).

WOLF, B.L. THOMAS, and KELSEY, JJ., CONCUR.